# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:10-cr-00303-1 |
| v. | ) | |
| | ) | Judge Nixon |
| IVORY M. ALEXANDER | ) | |

## ORDER

The revocation hearing in this matter currently scheduled on April 21, 2014, is hereby

**CANCELLED**.

It is so ORDERED.

Entered this the 9th day of April, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT