PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Ivory M. Alexander</u>  Case Number: <u>3:10-000303</u>

Name of Judicial Officer: <u>The Honorable John T. Nixon, Senior U.S. District Judge</u>

Date of Original Sentence: <u>November 28, 2011</u>

Original Offense: <u>18 U.S.C. § 2113(d), Armed Bank Robbery</u>

Original Sentence: <u>24 months' custody and 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>October 7, 2013</u>

Assistant U.S. Attorney: <u>Scarlett Singleton Nokes</u>  Defense Attorney: <u>Mariah A. Wooten</u>

## THE COURT ORDERS:

■ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this __10th__ day of __April__, 2014, and made a part of the records in the above case.

_____
John T. Nixon
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place  Nashville, Tennessee

Date  April 7, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from unlawful use of a controlled substance.** |

Ms. Alexander reported to the probation office on January 3, 2014, for drug testing. She admitted to using marijuana on New Years. She reported to the probation officer that she had been under a great deal of stress with family and financial concerns.

2. **The defendant shall participate in a program of drug testing and substance abuse treatment.**

Ms. Alexander failed to report for drug testing on March 10, 2014. She reported for testing on March 11, 2014, and tested negative for illegal drug use.

3. **The defendant shall participate in a mental health program as directed by the United States Probation Office.**

Ms. Alexander has failed to report for mental health treatment on five occasions.

| October 29, 2013 | January 13, 2014 | January 20, 2014 |
| February 21, 2014 | March 4, 2014 | |

Ms. Alexander has reported various reasons for failing to report for failing to report for mental health counseling. She has been re-instructed that she is required to attend appointments as scheduled.

**Compliance with Supervision Conditions and Prior Interventions:**

Ms. Alexander began supervised release on October 7, 2013. She is scheduled to terminate supervision on October 6, 2016.

A petition was submitted to the Court on September 20, 2013, requesting Ms. Alexander's conditions be modified for halfway house placement up to 180 days. The Court ordered the condition to be added.

Ms. Alexander was referred for mental health treatment on October 15, 2013. The assessment was completed on November 15, 2013. The treatment recommendation included a psychiatric evaluation and two therapy sessions a month. A psychiatric evaluation was completed on January 8, 2014. Ms. Alexander suffers from depression and is prescribed medication to assist in her mental health concerns. As a result of her admission of drug use, drug testing has been increased and substance abuse counseling has been incorporated with the mental health counseling.

Ms. Alexander resided at the halfway house until December 2, 2013, after establishing a savings account of $1,800 and developing a plan to reside with her sister in Nashville, Tennessee, until she is able to establish her own residence.

She has remained employed with Jack in the Box since her supervision began.

**U.S. Probation Officer Recommendation:**

The probation office is requesting that no action be taken by the Court at this time to allow opportunity for Ms. Alexander to benefit from substance abuse treatment.

The U. S. Attorney's Office has been notified and concurs with the above recommendation.

Approved by: _____
Vidette Putman
Supervisory U.S. Probation Officer